## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 19-1415-DMG (Ex)** | Date | April 15, 2019 |

| | | | |
|---|---|---|---|
| Title | ***Kimberly Lapidus v. Ameriprise Financial Inc., et al.*** | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:  IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On March 12, 2019, the Court set a Scheduling Conference.  [Doc. # 19.]  As required by the Court's March 12, 2019 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report.  To date, a Joint Rule 26(f) Report has not been filed.

IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than **April 22, 2019**, why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response.

The scheduling conference on April 26, 2019 is hereby VACATED and will be rescheduled if necessary.

Further, pursuant to the Court's Initial Standing Order [Doc. # 8], defendant(s) who removed the case shall serve that order on all other parties.  To date, a poof of service has not been filed for the Initial Standing Order, or any other filings in this action.  Defendants shall serve a copy of this order and all other orders on the docket on Plaintiff forthwith.

IT IS SO ORDERED.