JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LAPIDUS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERIPRISE FINANCIAL INC., AMERIPRISE AUTO AND HOME INSURANCE; IDS PROPERTY CASUALTY INSURANCE COMPANY; and DOES 1-50, inclusive,,<br><br>　　　　Defendants. | Case No.: CV 19-1415-DMG (Ex)<br><br>ORDER GRANTING DISMISSAL OF ACTION PURSUANT TO STIPULATION [16] |

　　The parties having stipulated that this matter be dismissed with prejudice, with all parties bearing their own costs and attorney's fees,

　　IT IS HEREBY ORDERED that this case is dismissed with prejudice, with all parties to bear their own costs and attorney's fees. All scheduled dates and deadlines are VACATED.

DATED: January 7, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE